RUCHAMA GAMIEL, Appellant, v CURTIS & REISS-CURTIS, P.C., et al., Respondents. (And a Third-Party Action.)

Submitted July 13, 2009; decided September 8, 2009

Reported below, 60 AD3d 473.

Motion, insofar as it seeks leave to appeal from the March 10, 2009 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the Supreme Court judgment entered on the Appellate Division order, dismissed upon the ground that the judgment is not the final paper from which leave to appeal may be sought (*see* CPLR 5611). Motion for a stay dismissed as academic.

WENDY GOLDIN et al., Appellants, v ENGINEERS COUNTRY CLUB et al., Respondents.

Submitted June 22, 2009; decided September 8, 2009

Reported below, 54 AD3d 658.

Motion, insofar as it seeks leave to appeal against defendant Engineers Country Club, dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise denied.

ROBERT E. JUDGE, Appellant, v NEW YORK COLLEGE OF PROFESSIONAL HEALTH, Respondent.

Submitted June 15, 2009; decided September 8, 2009

Reported below, 2008 NY Slip Op 68025(U); 2008 NY Slip Op 82157(U); 2008 NY Slip Op 88405(U).

On the Court's own motion, appeal dismissed, without costs, upon the ground that it does not lie (*see* CPLR 5601). Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602). Motion for poor person relief dismissed as academic.